**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-6646**

———————————

BERNARD DRAYTON,

Petitioner - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; UNITED
STATES DISTRICT COURT, at Charleston, South
Carolina; ATTORNEY GENERAL OF THE STATE OF
SOUTH CAROLINA,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CA-95-379-2-8AJ)

———————————

Submitted: December 14, 1995        Decided: January 4, 1996

———————————

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Bernard Drayton, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Drayton v. United States Dep't of Justice, No. CA-95-379-2-8AJ (D.S.C. Apr. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED